IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS SALINAS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, SEAN M. O'BRIEN, METRO BY T-MOBILE CORPORATE OFFICE, PORTLAND INTERNETWORKS, UNIONS-AMERICA.COM, ANDREA J. WILKES, Regional Director; NATIONAL LABOR RELATIONS BOARD, Region 14; U.S. DEPARTMENT OF LABOR'S OFFICE OF INSPECTOR GENERAL, U.S. DEPARTMENT OF LABOR, OFFICE OF LABOR MANAGEMENT STANDARDS, U.S. DEPARTMENT OF JUSTICE, Criminal Division, Public Integrity Section; MARKWAYNE MULLINS, Senator, of the United States Senate; and BERNIE SANDERS, Senator;<br><br>                    Defendants. | **8:24CV357**<br><br><br>**MEMORANDUM AND ORDER** |

Plaintiff Luis Salinas, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of his claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 16th day of October, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge