IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS SALINAS, | |
| Plaintiff, | 8:24CV357 |
| vs. | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, et al., | MEMORANDUM AND ORDER |
| Defendants. | |

On August 26, 2025, the Court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. Filing No. 7. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

Accordingly,

IT IS ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

2. A separate judgment will be entered.

Dated this 1st day of October, 2025.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge